**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Roy Colina ALIVIO, Defendant— Appellant.**

**No. 08–50489.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 5, 2010.

Filed Feb. 22, 2010.

Michael J. Raphael, Esquire, Assistant U.S., Darwin R. Thomas, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Michelle Anderson, San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, FISHER and N.R. SMITH, Circuit Judges.

### MEMORANDUM *

This is an appeal from a jury conviction of six counts of subscribing to a false income tax return in violation of 26 U.S.C. § 7206(1). The only issue on appeal is whether the district court abused its discretion by allowing testimony concerning defendant's gambling activities.

The gambling evidence was clearly relevant to the issues in the case under Feder-

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

al Rule of Evidence 401. The district court handled the evidence in a manner such that the probative value of the evidence was not substantially outweighed by the danger of unfair prejudice under Federal Rule of Evidence 403. There was, therefore, no abuse of discretion. *See United States v. Hinkson,* 585 F.3d 1247, 1251 (9th Cir.2009) (en banc).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.